SUBURBAN LODGES OF AMERICA, INC., APPELLANT, *v.*
COLUMBUS GRAPHICS COMMISSION, APPELLEE.

[Cite as *Suburban Lodges of Am., Inc. v. Columbus Graphics Comm.* (2002), 94 Ohio St.3d 1205.]

(No. 00–2140—Submitted November 13, 2001—Decided January 9, 2002.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

PFEIFER and COOK, JJ., dissent.

---

COOK, J., dissenting. I respectfully dissent. Instead of dismissing this case as improvidently allowed, I would affirm the judgment of the court· of appeals.

PFEIFER, J., concurs in the foregoing dissenting opinion.

---

*Squire, Sanders & Dempsey, L.L.P., David J. Young* and *Greg R. Wehrer,* for appellant.

*Janet Jackson,* City Attorney, *Daniel W. Drake,* Chief Counsel, and *Deborah F. Hoffman,* Assistant City Attorney, for appellee.

*Altick & Corwin Co., L.P.A., Stephen M. McHugh, Matthew D. Stokely* and *Matthew R. Steinke,* urging affirmance for *amicus curiae,* American Planning Association.